1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MUHAMMAD RAGHIB HUSSAIN,            )
                                    ) No. C 07-5444 SBA
        Plaintiff,                  )
                                    )
    v.                              ) **PARTIES' JOINT REQUEST TO BE**
                                    ) **EXEMPT FROM FORMAL ADR**
PETER KEISLER, Acting Attorney General of ) **PROCESS**
the United States; MICHAEL CHERTOFF, )
Secretary of the Department of Homeland )
Security; EMILIO GONZALES, Director of )
United States Citizenship and Immigration )
Services; ROBERT MUELLER, Director of the )
Federal Bureau of Investigations; CHRISTINA )
POULOS, Director of the USCIS California )
Service Center,                     )
                                    )
        Defendants.                 )
                                    )

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the

Joint Request to be Exempt from ADR
C07-5444 SBA                          1

1  application for naturalization.  Defendants have already requested the FBI expedite the name check
2  so that the application may be processed as soon as possible.  Given the substance of the action
3  and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
4  unnecessarily tax court resources.
5      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
6  ADR Multi-Option Program and that they be excused from participating in the ADR phone
7  conference and any further formal ADR process.

Dated: January 25, 2008                               Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney


                                                      _____/s/_____
                                                      EDWARD OLSEN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants




                                                      _____/s/_____
Date: January 25, 2008                                ROBERT L. VOLZ
                                                      Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                 _____
                                                      SAUNDRA B. ARMSTRONG
                                                      United States District Judge

Joint Request to be Exempt from ADR
C07-5444 SBA                              2