1  Robert L. Volz (CA Bar No: 209704)
   SAAD AHMAD & ASSOCIATES
2  39159 Paseo Padre Parkway, Suite 307
   Fremont, CA 94538
3  Telephone: (510) 713-9847
   Fax: (510) 713-9850
4
5  Attorney for Plaintiff:  Muhammad Raghib Hussain

6                    **UNITED STATES  DISTRICT COURT**
                      NORTHERN DISTRICT OF CALIFORNIA
7                              (OAKLAND DIVISION)

8

9  Muhammad Raghib Hussain         )
                                   )   Case No. C 07-5444 SBA
                                   )
10          Plaintiff               )
                                   )
11  vs.                             )
                                   )   STIPULATION TO CONTINUE
                                   )   CASE MANAGEMENT CONFERENCE
12  Michael Mukasey, et al.         )
                                   )    CMC Date: February 8, 2008
13                                  )    Time: 2:45 p.m.
            Defendant               )
14                                  )
                                   )
15  _____)

16      The parties to the above-entitled action, plaintiff MUHAMMAD RAGHIB HUSSAIN

17  (hereinafter "Plaintiff") and defendant MICHAEL MUKASEY (hereinafter "Defendant") submit

18  this Stipulation to Continue Case Management Conference scheduled for February 8, 2008 at 2:30

19

20  p.m. before the Honorable Saundra B. Armstrong.

21      Plaintiff is seeking a Mandamus action to compel the Citizenship & Immigration Services

22  ("USCIS") to adjudicate his Naturalization application.  Defendants have already requested the FBI

23  to expedite the name check as that the application may be processed as soon as possible.  The

24  additional time will greatly aid the parties in exploring all settlement options in this case.  The

25

26  Parties stipulate to continue the Case Management Conference for a period of 60 days.

27

28  Respectfully submitted,

1
2  Dated:_____         _____
                                                Robert L. Volz, Esq.
3                                               Attorney for Plaintiff
4
5  Dated:_____         _____
                                                Edward Olsen, Esq.
6                                               Attorney for Defendant
7
8
9
10
11
12                              **PROPOSED ORDER**
13
      Having considered the parties Stipulation to Continue Case Management Conference, it is
14  hereby ORDERED
15                                                       _____
    This_____day of_____, 2008              Honorable Saundra B. Armstrong
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28