1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12 MUHAMMAD RAGHIB HUSSAIN,            )
                                       ) No. C 07-5444 SBA
13              Plaintiff,             )
                                       )
14       v.                            ) **PARTIES' JOINT REQUEST TO BE**
                                       ) **EXEMPT FROM FORMAL ADR**
15 PETER KEISLER, Acting Attorney General of ) **PROCESS**
   the United States; MICHAEL CHERTOFF, )
16 Secretary of the Department of Homeland )
   Security; EMILIO GONZALES, Director of )
17 United States Citizenship and Immigration )
   Services; ROBERT MUELLER, Director of the )
18 Federal Bureau of Investigations; CHRISTINA )
   POULOS, Director of the USCIS California )
19 Service Center,                     )
                                       )
20              Defendants.            )
                                       )
21

22    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 action is limited to plaintiff's request that this Court compel defendants to adjudicate the

Joint Request to be Exempt from ADR
C07-5444 SBA                              1

application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 25, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            EDWARD OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants



                                            _____/s/_____
Date: January 25, 2008                      ROBERT L. VOLZ
                                            Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  1/31/08                              _Saundra B Armstrong_____
                                            SAUNDRA B. ARMSTRONG
                                            United States District Judge

Joint Request to be Exempt from ADR
C07-5444 SBA                                2