**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

MUHAMMAD RAGHIB HUSSAIN,　　　　　　　　　No. C 07-05444 SBA

　　　　Plaintiff,　　　　　　　　　　　　　　　**ORDER**

　v.

MICHAEL MUKASEY, et al.,

　　　　Defendants.

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for February 8, 2008 at 2:45 P.M. shall be CONTINUED to April 2, 2008 at 2:45 P.M. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

February 1, 2008　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge