1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MUHAMMAD RAGHIB HUSSAIN,                )
                                        ) No. C 07-5444 SBA
            Plaintiff,                  )
                                        )
       v.                               ) **STIPULATION TO DISMISS AND**
                                        ) **ORDER**
PETER KEISLER, Acting Attorney General of )
the United States; MICHAEL CHERTOFF,    )
Secretary of the Department of Homeland )
Security; EMILIO GONZALES, Director of  )
United States Citizenship and Immigration )
Services; ROBERT MUELLER, Director of the )
Federal Bureau of Investigations; CHRISTINA )
POULOS, Director of the USCIS California )
Service Center,                         )
                                        )
            Defendants.                 )
_____)

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-5444 SBA                              1

| | | |
|---|---|---|
| 1 | Dated: February 8, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | _____/s/_____<br>EDWARD OLSEN[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: February 8, 2008 | _____/s/_____<br>ROBERT L. VOLZ |
| 9 | | SAAD AHMED<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  2/13/08

_____/s/ Saundra B Armstrong_____
SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-5444 SBA                                    2